IN THE

TENTH COURT OF APPEALS




 
 
 
 
 
 
 


 



No. 10-05-00037-CR

 

Pedro Jose Meza,

                                                                      Appellant

 v.

 

The State of Texas,

                                                                      Appellee

 

 



From the 213th District Court

Tarrant County, Texas

Trial Court No. 0905514D

 



ORDER










 

          In light of the decision by the Court
of Criminal Appeals in Meza v. State, No. PD-1181-05, 2006 Tex. Crim.
App. LEXIS 1822, *16 (Tex. Crim. App. Sept. 20, 2006), the Court withdraws its
order dated April 12, 2005, to the extent that it denies counsel’s motion to
withdraw, and its order dated July 13, 2005 denying counsel’s second motion to
withdraw and substitutes this order in their place.

          This Court, by our review of counsel’s
Anders[1]
brief and our review of the record, “has verified” that “appointed counsel has
exercised diligence” in analyzing the record; and we agree with counsel’s
conclusion that “there are in fact no non-frivolous issues to be raised in the
appeal.”  Meza v. State, No. PD-1181-05, 2006 Tex. Crim. App. LEXIS
1822, *10 (Tex. Crim. App. Sept. 20, 2006); Meza v. State, No.
10-05-00037-CR, 2005 Tex. App. LEXIS 5566 (Tex. App.—Waco July 13, 2005) (mem.
op.), remanded for reconsideration of order, No. PD-1181-05, 2006 Tex. Crim. App. LEXIS 1822, *16 (Tex. Crim. App. Sept. 20, 2006).  There being no
constitutional right to counsel to pursue a frivolous appeal, the only
appropriate action with respect to counsel’s motion to withdraw is to grant
it.  Meza v. State, 2006 Tex. Crim. App. LEXIS 1822, at *10.

          We note that counsel has previously
complied with the “educational burden” to advise Appellant of his right to
pursue a petition for discretionary review if he did not prevail in this
Court.  See Id., at *15, fn. 23; Ex parte Owens, No.
AP-74,996, 2006 Tex. Crim. App. LEXIS 1691 (Tex. Crim. App. Sept. 13, 2006).

          Counsel’s motion to withdraw is
granted.  

 

                                                                   TOM
GRAY

                                                                   Chief
Justice

 

Before
Chief Justice Gray,

          Justice
Vance, and

          Justice
Reyna

Withdrawal
granted

Order
issued and filed November 1, 2006

Do
not publish 









[1] Anders
v. California, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967).








7 (Tex. Crim. App. 2009).  Accordingly, the trial court did not
err in modifying its judgment to add an assessment of attorney’s fees. 
Vanhardenberg’s second issue is overruled.

            Having overruled each of
Vanhardenberg’s issues on appeal, we affirm the trial court’s judgment.

 

                                                                        TOM
GRAY

                                                                        Chief
Justice

 

Before
Chief Justice Gray,

            Justice
Reyna, and

            Justice
Davis

Affirmed

Opinion
delivered and filed October 7, 2009

Do
not publish 

[CRPM]